**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7           UNITED STATES DISTRICT COURT

8           NORTHERN DISTRICT OF CALIFORNIA

9

10    LUKE E. OLIVER,                          No. C 07-2233 MHP (pr)

11             Petitioner,                      **ORDER**

12        v.

13    ROBERT AYERS, warden,

14             Respondent.
                                          /
15

16        Petitioner's motion for appointment of counsel to represent him in this action is

17    DENIED.  (Docket # 6.)  A district court may appoint counsel to represent a habeas

18    petitioner whenever "the court determines that the interests of justice so require and such

19    person is financially unable to obtain representation." 18 U.S.C. § 3006A(a)(2)(B). The

20    decision to appoint counsel is within the discretion of the district court.  See Chaney v.

21    Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986).  Appointment is mandatory only when the

22    circumstances of a particular case indicate that appointed counsel is necessary to prevent due

23    process violations.  See id.   The interests of justice do not require appointment of counsel in

24    this action.

25        IT IS SO ORDERED.

26    DATED: October 22, 2007

27                                          _____
                                          Marilyn Hall Patel
                                          United States District Judge
28