UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE E. OLIVER,<br><br>    Petitioner,<br><br>  v.<br><br>ROBERT AYERS, warden,<br><br>    Respondent.<br>                                             / | No. C 07-2233 MHP (pr)<br><br>**ORDER EXTENDING DEADLINE** |

    Petitioner's request for an extension of time to file his traverse is GRANTED. (Docket # 9.) The traverse filed on December 27, 2007 is deemed timely filed. The petition remains under submission and will be decided in due course.

    IT IS SO ORDERED.

DATED: May 8, 2008

_____
Marilyn Hall Patel
United States District Judge