UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE E. OLIVER,<br><br>    Petitioner,<br><br>  v.<br><br>ROBERT AYERS, warden,<br><br>    Respondent.<br>_____/ | No. C 07-2233 MHP (pr)<br><br>**ORDER PERMITTING SUPPLEMENTAL BRIEFS** |

    A recent en banc decision from the Ninth Circuit addressed important issues relating to federal review of parole decisions, Hayward v Marshall, No. 06-55392, 2010 WL 1664977 (9th Cir. April 22, 2010) (en banc). The court will provide the parties an opportunity to submit supplemental briefs (not to exceed **15 pages** in length) explaining their views of how the Hayward en banc decision applies to this parole denial habeas case. The court sets the following schedule:

    1.    No later than **May 10, 2010**, respondent must send to petitioner a copy of the Hayward en banc decision.

    2.    No later than **May 28, 2010**, respondent must file and serve any supplemental brief on the impact of Hayward on this action.

    3.    No later than **July 2, 2010**, petitioner must file and serve any supplemental brief on the impact of Hayward on this action.

    IT IS SO ORDERED.

DATED: April 28, 2010

                                                                                                      _____<br>
                                                                                                         Marilyn Hall Patel<br>
                                                                                                         United States District Judge